**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X Index No. 1:25-cv-08012-ALC

SASIKALA GOPALAN,

Plaintiff,

- against -

THE NEW YORK TIMES COMPANY, and
WIRECUTTER, INC.,

Defendants.

----------------------------------------------------------------------X

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that I am no longer employed with the firm White, Rose & Hilferty, P.C., attorneys for Plaintiff. Thus, I am withdrawing as counsel, however the firm remains as counsel for Plaintiff. Please substitute as counsel the attorney(s) who are appearing on behalf of White, Rose & Hilferty, P.C. and terminate me a counsel for Plaintiff.

I think the court for its attention to this request.

Dated: New York, New York
August 19, 2026

**WHITE, ROSE & HILFERTY, P.C.**

By: ____________________________
Casey Wolnowski, Esq.
757 Third Avenue, 20th fl.
New York, NY 10017
Ph: (646) 350-0026
Email: cwolnowski@nycjobattorney.com

cc: Defendants' Counsel (*via ECF*)