# WHITE & HILFERTY

ATTORNEYS AND COUNSELORS-AT-LAW

Partners
Vincent P. White
Michael P. Hilferty

Senior Counsel
Samantha E. Hudler
Bianca P. Acquaviva

Associates
Tuba J. Farooqui
Lizaury Rodriguez Marine

Chief of Staff
Victoria Adamo

Paraprofessional
Joann Castro

**Email:** ***MPH@NYCJobAttorney.com***
**Direct: (917) 633-5760**

October 22, 2026

**Via ECF:**
Honorable Andew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Sasikala Gopalan v. The New York Times Company and Wirecutter, Inc.***
**Docket No. 1:25-cv-08012**

Your Honor,

This firm represents Plaintiff Sasikala Gopalan in the above-referenced case. I write to inform you that the Parties engaged in mediation, however, this matter was not settled. The Parties jointly request that this matter be scheduled for an initial conference to set discovery deadlines.

I thank Your Honor for your consideration and attention to this matter.

Respectfully submitted,

Michael P. Hilferty

cc: (Via ECF)
Anjanette Cabrera, Esq. (acabrera@constangy.com)
Timothy Barbetta, Esq. (tbarbetta@constangy.com)
*Attorneys for Defendants*