**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**GOPALAN,**

**Plaintiff,**

**-against-**

**THE NEW YORK TIMES COMPANY ET AL,**

**Defendant.**

**1:25-cv-08012 (ALC)**

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Sarah Netburn for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>___________________________ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>__________________________ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: ________________ |

**SO ORDERED.**

**Dated:** **October 27, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**